■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOMMY COLON, Appellant. [9 NYS3d 584]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered July 29, 2010, convicting him of criminal contempt in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's contention that the sentence imposed was excessive has been rendered academic, as the defendant has already served the challenged sentence. Rivera, J.P., Austin, Cohen and Duffy, JJ., concur.